JASON M. FRIERSON, Nevada Bar No. 7709
United States Attorney
SOHAYL VAFAI, California Bar No. 319266
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4838
E-Mail: sohayl.vafai@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL REBECCA CUEVAS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-01663-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** |

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Commissioner), respectfully moves this Court for a 30-day extension of time to file her cross-motion to affirm in this case, changing the date on which the cross-motion is due from May 1, 2023, to May 31, 2023. This is Defendant's first request for an extension of the deadline to file the cross-motion. Defendant conferred with counsel for Plaintiff, who confirmed that Plaintiff does not object to the request.

In support of this motion, the Commissioner respectfully states as follows:

1. Good cause for an extension exists because the Commissioner requires additional time to review the defensibility of this case. An extended deadline would allow Plaintiff time to consider any remand offer and the parties to negotiate the terms of any remand offer. An extension would also

provide Defendant adequate time to draft a cross-motion to affirm if the parties cannot agree to a voluntary remand.

2. Thus, Defendant requests an extension of 30 days, until May 31, 2023, to file the cross-motion to affirm.

3. This request is made in good faith and is not intended to delay the proceedings in this matter.

For the foregoing reasons, Defendant respectfully requests until May 31, 2023, to file the cross-motion to affirm.

Dated: April 21, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Sohayl Vafai*
SOHAYL VAFAI
Special Assistant United States Attorney

IT IS SO ORDERED:

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 24, 2023

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused a copy of the above **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** to be served upon the following by:

**CM/ECF:**

Daniel H. Fishman
dan@ssihelp.us

Hal Taylor
haltaylorlawyer@gbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2023

*/s/ Sohayl Vafai*
SOHAYL VAFAI
Special Assistant United States Attorney