TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MICHAEL J. MULLEN
Special Assistant United States Attorney
Washington Bar No. 54288
Social Security Administration
Law & Policy
Program Litigation 1
6401 Security Boulevard
Baltimore, MD 21235
E-Mail: michael.j.mullen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL REBECCA CUEVAS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-01663-DJA<br><br>**STIPULATED MOTION TO DENY AS MOOT PLAINTIFF'S MOTION TO COMPEL** |

The parties, by and through their undersigned counsel, request that Plaintiff's Motion to Compel payment of attorney fees under 42 U.S.C. § 406(b) (Motion; ECF No. 39) be denied as moot. Plaintiff's counsel received payment for attorney fees under 42 U.S.C. § 406(b) in this case as of July 27, 2026. Therefore, this Court should deny the Motion as moot.

Dated: July 28, 2026

Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney

Attorneys for Defendant

Dated: July 28, 2026

/s/ *Michael J. Mullen for*
DANIEL FISHMAN
Attorney for Plaintiff
(PER AUTHORIZATION)

IT IS SO ORDERED that the parties' stipulation (ECF No. 40) is GRANTED. IT IS FURTHER ORDERED that Plaintiff's motion to compel (ECF No. 39) is DENIED as moot.

DATED this 29th day of July, 2026.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE